United States District Court
Southern District of Texas
**ENTERED**
February 12, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Emily Elson, *et al.*, §
§
Plaintiffs, §
§
*versus* § Civil Action H-20-2125
§
Ashley Black, *et al.*, §
§
Defendants. §

# Order

1. Ashley Black's motion to strike the class allegations in the amended complaint is denied in favor of the motion to strike the class allegations in the second amended complaint. (115)

2. Black's motion to dismiss the amended complaint is denied in favor of the motion to dismiss the second amended complaint. (116)

Signed on February 12, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge