United States District Court
Southern District of Texas

**ENTERED**
April 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Emily Elson, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-20-2125 |
| | § | |
| Ashley Black, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Order Striking Class

The claims brought by Emily Elson and the other plaintiffs focus on alleged misrepresentations made by Ashley Black in selling her products. Elson wants class certification for a national class under the Magnuson-Moss Warranty Act and seven subclasses for the states represented by the named plaintiffs under the respective states' laws. Under federal rule 23, the class must meet four requirements: numerosity, commonality, typicality, and adequacy.

Because the basis for the claims are misrepresentations, reliance on them will be a key factor with every potential plaintiff. Reliance is intrinsically an individual determination — what is sufficient for reliance of one person may not be the same for others. The court is not convinced that commonality is present as each potential plaintiff would have to show that their reliance was justified.

The class and subclasses are struck. (128)

Signed on April 2, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge