UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

June 08, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Emily Elson, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-20-2125 |
| | § | |
| Ashley Black, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

Emily Elson's, Stacy Haavisto's, Loretta Oakes's, Michelle Lanum's, Tilly Dorenkamp's, Dina Salas's, Arlene Rodriguez's, Sharon Dalton's, Allyson McCarthy's, Sheila Smith's, Kelli Frederick's, Joey Campbell's, Carol Richter's, and Brooke Neufeld's claims against Ashley Black, Ashley Black Company, ADB Interests, LLC, ADB Innovations, LLC, Ashley Black Guru, Ashley Diana Black International Holdings, LLC, and Ashley Black Fasciology, LLC, are dismissed. (129)

Signed on June 8, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge